UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Herbert Moreira-Brown,<br><br>    Plaintiff<br><br>v.<br><br>Las Vegas Review Journal, Inc., et al.,<br><br>    Defendants | 2:16-cv-02002-JAD-NJK<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 11] |

Pro se plaintiff Herbert Moreira-Brown moves to extend the time for him to respond to defendant Las Vegas Review Journal, Inc.'s motion to dismiss to January 21, 2017.[1] Moreira-Brown states that he is an attorney admitted to practice before New York's state and federal courts, and argues that pending professional and personal matters negatively affect his ability to meet the current deadline for his response: December 9, 2016.[2]

Good cause appearing, IT IS HEREBY ORDERED that **plaintiff Moreira-Brown's motion for extension of time [ECF No. 11] is GRANTED**; his response to the Review Journal's motion to dismiss [ECF No. 7] is extended to **January 21, 2017**. If, after defendants receive Moreira-Brown's response brief, they require additional time to reply, they should file an appropriate motion or stipulation that complies with LR IA 6-1.

DATED: December 9, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 11.

[2] ECF No. 11-1 at 1.