# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HERBERT MOREIRA-BROWN,

                Plaintiff,

vs.

LAS VEGAS REVIEW JOURNAL, et al.,

                Defendants.

Case No. 2:16-cv-02002-JAD-NJK

ORDER

(Docket Nos. 15, 17)

    Pending before the Court are Plaintiff's Motion for Service by U.S. Marshals and Motion to Compel Name of Defendant. Docket Nos. 15, 17. Neither motion includes points and authorities. Local Rule 7-2(d) states in relevant part, "[t]he failure of a moving party to cite points and authorities in support of the motion constitutes a consent to the denial of the motion."

    Accordingly, the Court hereby **DENIES** Plaintiff's motions without prejudice. Docket Nos. 15, 17. Any renewed motion shall, in addition to citing points and authorities in support of each of Plaintiff's requests, include facts sufficient for the Court to make a determination as to whether good cause exists to support Plaintiff's request to extend the time for service. *See* Fed. R. Civ. P. 4(m).

    IT IS SO ORDERED.

    Dated: December 29, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge