**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HERBERT MOREIRA-BROWN, ) | Case No. 2:16-cv-02002-JAD-NJK |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION |
| vs. ) | TO FILE ELECTRONICALLY |
| ) | |
| LAS VEGAS REVIEW JOURNAL, INC., et al., ) | (Docket No. 27) |
| ) | |
| Defendants. ) | |

Pending before the Court is *pro se* Defendant April Ademiluyi's Motion for Pro Se Litigant to File Electronically, Docket No. 27, which the Court hereby **GRANTS**. Defendant must comply with the following procedures in order to activate her CM/ECF account:

1. On or before **March 6, 2017**, Defendant must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

2. Defendant is not authorized to file electronically unless and until said certification is filed with the Court within the time frame specified.

. . . .

. . . .

3. Upon timely filing of the certification, Defendant shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

DATED this  2nd   day of February, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge