# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT MOREIRA-BROWN, | Case No. 2:16-cv-02002-JAD-NJK |
| Plaintiff, | ORDER |
| vs. | (Docket No. 23) |
| LAS VEGAS REVIEW JOURNAL, INC., et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion to compel. Docket No. 23. Defendants Las Vegas Review Journal, Inc. and Thevenot filed a response. Docket No. 24. No reply was filed. *See* Docket. This action arises out of an article that Defendant Las Vegas Review Journal, Inc. published, which discusses the allegations of a confidential source who is the Jane Doe defendant in this action. *See id.* Plaintiff asks the Court to compel Defendants Las Vegas Review Journal, Inc. and Thevenot to "disclose to the Plaintiff such pertinent information as would permit the Plaintiff to identify the [Jane Doe] defendant and serve her." *Id.* at 8.

Plaintiff does not appear to have made any effort to meet and confer with Defendants about this issue, as the Local Rules require. *See* Docket No. 23; Docket No. 24 at 2; LR 26-7(c). Accordingly, the Court **DENIES** Plaintiff's motion to compel, Docket No. 23, without prejudice. Additionally, Plaintiff's motion fails to cite relevant rules or case law. *See id.* at 8. Any renewed motion may only be filed after a meet and confer that complies with the Local Rules, and must contain a meaningful discussion of relevant standards.

IT IS SO ORDERED.

Dated: February 10, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge