**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HERBERT MOREIRA-BROWN, | ) | |
| Plaintiff(s), | ) | Case No. 2:16-cv-02002-JAD-NJK |
| v. | ) | **ORDER** |
| LAS VEGAS REVIEW JOURNAL, INC., et al., | ) | (Docket No. 38) |
| Defendant(s). | ) | |

Pending before the Court is Plaintiff's motion for permission to file electronically in this case, Docket No. 38, which the Court hereby **GRANTS**. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

1. On or before March 27, 2017, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil Events Menu that is accessible on this Court's website, www.nvd.uscourts.gov.

2. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

3. Upon timely filing of the certification, Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

DATED: February 24, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge