# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| HERBERT MOREIRA-BROWN,<br><br>  Plaintiff,<br><br>vs.<br><br>LAS VEGAS REVIEW JOURNAL, INC., *et al.*,<br><br>  Defendants. | 2:16-cv-02002-JAD-VCF<br>**ORDER** |

Before the Court is *Herbert Moreira-Brown v. Las Vegas Review Journal, Inc.*, case number 2:16-cv-02002-JAD-NJK.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 1:00 PM, May 4, 2017, in Courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

DATED this 17th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE