# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| HERBERT MOREIRA-BROWN, | |
| Plaintiff, | |
| vs. | 2:16-cv-02002-JAD-VCF |
| APRIL ADEMILUYI, | **ORDER** |
| Defendant. | |

Before the Court is the Motion to Appear Telephonically (ECF No. 49).

IT IS HEREBY ORDERED that the Motion to Appear Telephonically (ECF No. 49) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

The Clerk of Court is directed to email a copy of this order to Ms. Ademiluyi at april.ademiluyi@gmail.com.

DATED this 3rd day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE