# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

HERBERT MOREIRA-BROWN,

    Plaintiff,

vs.

APRIL ADEMILUYI,

    Defendant.

2:16-cv-02002-JAD-VCF

**ORDER**

Before the Court is Plaintiff's Herbert Moreira-Brown's Motion to Appear Telephonically (ECF No. 51).

IT IS HEREBY ORDERED that the Motion to Appear Telephonically (ECF No. 51) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

The Clerk of Court is directed to email a copy of this order to Mr. Moreira-Brown at jmgluck200@aol.com.

DATED this 3rd day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE