# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

HERBERT MOREIRA-BROWN,

Plaintiff,

vs.

LAS VEGAS REVIEW JOURNAL, INC., *et al.*,

Defendants.

2:16-cv-02002-JAD-VCF

**ORDER**

Before the Court are the following:

1. Plaintiff's Objections to Proposed Joint Discovery Plan and Scheduling order submitted by Defendants Las Vegas Review Journal and Thevenot (ECF No. 54),

2. Defendants' Proposed Joint Discovery Plan and Scheduling Order (ECF No. 55),

3. Defendants' Proposed Joint Discovery Plan and Scheduling Order (ECF No. 56),

4. Plaintiff's Objections to Proposed Joint Discovery Plan and Scheduling order submitted by Defendants Las Vegas Review Journal and Thevenot (ECF No. 58).

IT IS HEREBY ORDERED that the parties must serve initial disclosures on or before May 30, 2017. Defendants must file their motion to stay discovery on or before May 24, 2017. It will be briefed in the ordinary course. Further discovery is temporarily stayed pending a decision on the anticipated motion to stay.

DATED this 19th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE